## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated, | : : : |
| Plaintiffs, | : No. 2:19-cv-05694-MAK : |
| v. | : : |
| PENNSYLVANIA HEALTH CLUB, INC., | : : |
| Defendant. | : : |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly withdraw the appearance of Luke P. McLoughlin on behalf of Defendant Pennsylvania Health Club, Inc. in the above-captioned matter.

                                            */s/ Luke P. McLoughlin*
                                            Duane Morris LLP
                                            Luke P. McLoughlin, Esq. (PA No. 312769)
                                            30 S. 17th Street
                                            Philadelphia, PA  19103
                                            Tel:  (215) 979-1167
                                            LPMcLoughlin@duanemorris.com
                                            *Counsel for Defendant*

Dated:  February 24, 2020

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated, | : : : |
| Plaintiffs, | : No. 2:19-cv-05694-MAK : |
| v. | : : |
| PENNSYLVANIA HEALTH CLUB, INC., | : : |
| Defendant. | : : |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Withdrawal of Appearance has been filed on ECF and is available for viewing and downloading.

/s/ Luke P. McLoughlin
Luke P. McLoughlin, Esq.

Dated: February 24, 2020