## IN THE UNITED STATES DISTRICT COURT
## FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY | : | NO. 2:19-cv-05694-MAK |
| Plaintiff | : | |
| | : | Hon. Mark A. Kearney |
| v. | : | |
| | : | |
| PENNSYLVANIA HEALTH CLUB, INC. | : | |
| Defendant | : | |

### JOINT STIPULATION OF DISMISSAL UNDER RULE 41(A)(1)(A)(II)

Plaintiff John Mahoney, by and through his undersigned counsel, and Defendant Pennsylvania Health Club, Inc., by and through its undersigned counsel, hereby jointly stipulate, agree, and consent to the dismissal of all claims asserted in the Complaint, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each Party shall; bear his or its own costs and expenses incurred in connection with this action.

GLANZBERG TOBIA LAW, P.C.
BY: /s/David S. Glanzberg
123 South Broad Street, Ste 1640
Philadelphia, PA 19109
(215) 981-5400
dglanzberg@aol.com

TARA PARAM, ESQUIRE
BY: /s/Tara Param
1601 Cherry Street, Ste 1400
Philadelphia, PA 19102
(267) 402-3000
Tparam@littler.com

Attorney for Plaintiff

Attorney for Defendant

Dated: February 26, 2020