IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY | : CIVIL ACTION |
| v. | : NO. 19-5694 |
| PENNSYLVANIA HEALTH CLUB, INC. | : |

## ORDER

**AND NOW**, this 27th day of February 2020, upon considering the Joint Stipulation of Dismissal (ECF Doc. No. 11), it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. We **adjourn** the March 11, 2020 initial pretrial conference; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.